IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| IN RE:<br><br>Collateral Schedule | MISC. CASE NO.: 4:26-mc-1000 |

**GENERAL ORDER CONCERNING FORFEITURE OF COLLATERAL SCHEDULE**

The Court hereby issues the attached updated Forfeiture of Collateral Schedule for Misdemeanor and Petty Offenses. S.D. Ga. LR Crim. 58. The prior schedule adopted by the Court on November 8, 2024 (4:24-mc-1000 at doc. 7-1) is abrogated and replaced with the schedule attached to this Order.

The Clerk is DIRECTED to enter this Order, to publish these materials on the Court's website, to furnish them to the Eleventh Circuit Court of Appeals and the Administrative Office of the United States Courts, and to provide a copy to the United States Attorney's Office for purposes of dissemination to all of the relevant law enforcement agencies within the district.

**SO ORDERED**, this 13th day of January, 2026.

_____
R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA