**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**

IN RE:

Magistrate Judge Merit Selection Panel for the
Reappointment of the Full-Time United States
Magistrate Judge in Brunswick, Georgia

MISC. CASE NO.: 4:26-mc-1000

**O R D E R**

The term of office of the Honorable Benjamin W. Cheesbro, United States Magistrate Judge, will expire on September 4, 2026. A Merit Selection Panel should be established to consider his reappointment as the full-time United States Magistrate Judge in Brunswick, Georgia. In accordance with the authority conferred in 18 U.S. C. 631, et seq., and pursuant to the rules for the reappointment of a United States Magistrate Judge, and further authority granted and actions taken by the Judicial Conference of the United States,

IT IS ORDERED that the following members of this community shall be and are hereby appointed as members of the Merit Selection Panel to make recommendations to the Court for the reappointment of the United States magistrate Judge in Brunswick, Georgia. All Panel Members have been advised in writing of the restriction set forth in § 420.30.20(d) of the Regulation of the Judicial Conference of the United States Establishing Standards and Procedures for the Appointment and Reappointment of United States Magistrate Judges.

> Theresa Beaton, Chairperson
> Mike Boggs
> Graham Floyd
> Mark Johnson
> Angela Smith
> Rick Strickland
> Mark Williams

A copy of this order shall be provided by electronic mail to each panel member.  Any expenses incurred by such members in fulfilling their duties hereunder shall be reimbursed by the Clerk.  A proposed timetable shall be provided to the panel.

**SO ORDERED**, this 3rd day of March, 2026.

R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA