**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**

IN RE:

Reappointment of The Honorable Christopher
L. Ray, Full-Time United States Magistrate
Judge in Savannah, Georgia

MISC. CASE NO.: 4:26-mc-1000

## O R D E R

The Honorable Christopher L. Ray began his service as a United States Magistrate Judge in the United States District Court for the Southern District of Georgia on January 4, 2019. In anticipation of the expiration of Judge Ray's eight-year term, the District Judges of this Court inquired into whether the Court should reappoint Judge Ray pursuant to 28 U.S.C. § 631(a). The Court thoroughly reviewed Judge Ray's performance and followed the procedures recommended by the United States Judicial Conference in the Guide to Judiciary Policy, Vol. 3, Ch. 4. This review included the investigation and input of a Merit Selection Panel. The Court's review of Judge Ray's performance confirmed that he is an assiduous, thoughtful, and intelligent jurist who has served this Court and this Country in exemplary fashion. The District Judges of this Court voted unanimously to reappoint Judge Ray.

The Court reappoints Judge Ray as a full-time United States Magistrate Judge serving the United States District Court for the Southern District of Georgia. The Court authorizes Judge Ray to perform all duties which a Magistrate Judge may perform under the laws and Constitution of the United Sates. Pursuant to 18 U.S.C. § 3401, the Court specifically designates that Judge Ray's jurisdiction shall include, but not be limited to, trying persons accused of, and sentencing persons convicted of, misdemeanors.

Judge Ray shall enter his second term upon the performance of his official duties on January 4, 2027.  In accordance with 28 U.S.C. § 631(g), prior to the commencement of such duties, he shall take the oath or affirmation prescribed by 28 U.S.C. § 453.  Pursuant to 28 U.S.C. § 631(e), Judge Ray shall hold and discharge the duties of his office for a term of eight years unless sooner removed.  He shall receive all salary and benefits of a full-time Magistrate Judge as fixed by the Judicial Conference of the United States, and his official station shall be Savannah, Georgia.

The Clerk of Court shall enter this Order on the Court's docket and forward the Order to the Director of the Administrative Office of the United States Courts.

**SO ORDERED**, this 5th day of August, 2026.

R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA